1    Sandford L. Frey (SBN 117058)
    Stuart I. Koenig (SBN 102764)
2    **LEECH TISHMAN FUSCALDO & LAMPL, INC.**
    200 South Los Robles Avenue, Suite 210
3    Pasadena, California 91101
    Telephone: 626.796.4000; Facsimile: 626.795.6321
4    E-mail: *sfrey@leechtishman.com*
    E-mail: *skoenig@leechtishman.com*
5
    (Proposed) Attorneys for Golden Crown Properties, LLC,
6    and 66 on 66 Bar & Grill LLC, Debtors and Debtors-in-Possession

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                          **[RIVERSIDE DIVISION]**

11

12    In re                                    CASE NO.: 6:18-bk-14462-SY

13    **66 ON 66 BAR & GRILL, LLC,**            Jointly Administered with
    Debtor and Debtor in Possession.
14                                             CASE NO.: 6:18-bk-14466-SY

15    **GOLDEN CROWN PROPERTIES, LLC,**
    Debtor and Debtor in Possession.           Chapter 11
16
                                             **NOTICE OF EMERGENCY FIRST DAY**
17                                             **MOTION AND FIRST DAY MOTION OF**
                                             **DEBTOR FOR ORDER AUTHORIZING**
18                                             **DEBTOR TO ENTER INTO HOTEL**
                                             **MANAGEMENT AGREEMENT;**
19                                             **DECLARATION OF NOBLE ZUBAID  IN**
                                             **SUPPORT THEREOF**
20
                                             [11 U.S.C. §§ 105(a), 363(b)]
21
                                             *[Hearing Date and Time to be Set by the*
22                                             *Court]*

23                                             Place: Courtroom 302
24                                             3420 Twelfth Street
                                             Riverside, California
25

26

27

28

LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 SOUTH LOS ROBLES AVENUE, SUITE 210
PASADENA, CALIFORNIA 91101
626.796.4000

                                   1

LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 SOUTH LOS ROBLES AVENUE, SUITE 210
PASADENA, CALIFORNIA 91101
626.796.4000

1    **TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE; THE**

2    **TWENTY LARGEST CREDITORS AND THE OFFICE OF THE UNITED STATES**

3    **TRUSTEE:**

4         **PLEASE TAKE NOTICE** that, in accordance with Sections 105(a), 363, 1107(a), and 1108

5    of title 11 of the United States Code ("Bankruptcy Code"), Rule 6003(b) of the Federal Rules of

6    Bankruptcy Procedure ("Bankruptcy Rules"), and the Local Bankruptcy Rules for the Central

7    District of California ("Local Bankruptcy Rules"), Golden Crown Properties, LLC ("Golden

8    Crown"), and 66 on 66 Bar & Grill LLC ("66 Bar & Grill" and together with Golden Crown referred

9    to collectively herein as the "Debtors") ("Debtor"), hereby submit this First Day Motion by Debtors

10   for Order Authorizing Debtor to Enter into Hotel Management Agreement ("Hotel Agreement"),

11   with Tristar Investment Company LLC I ("Tristar") a true and correct copy of which is attached

12   hereto and incorporated herein by reference as Exhibit "A", with regard to the hotel property

13   currently operating as a Ramada Inn ("Hotel") and  the restaurant located within the Hotel called 66

14   Restaurant & Lounge ("Restaurant" and collectively with the Hotel is referred to herein as the

15   "Business"), which is located at 3100 E. Andy Devine Avenue Kingman, Arizona (the "Motion").

16        This Motion is one of several "First Day Motions" being filed by these Debtors.  They are

17   denominated as "First Day Motions" because they fall within the type of emergency motions

18   characteristically filed by debtors in operating chapter 11 cases on the first day.  However, the

19   emergency nature of the filing and retention of Chapter 11 counsel on the eve of filing prevented the

20   pleadings from being finalized on the Petition Date.  Nevertheless, the Debtors request that the Court

21   consider them as true emergency first day motions despite the delay in filing, as the Debtors used

22   their best efforts to provide the information and finalize the motions as soon as reasonably possible

23   under the circumstances.

24        **PLEASE TAKE FURTHER NOTICE** that the Debtors have served written pleadings by

25   overnight mail on the following parties or counsel for parties in interest: the United States Trustee,

26   any committee of creditors or equity security holders established prior or subsequent to the chapter

27   11 filing or, if none, the twenty largest unsecured creditors and any secured creditor whose collateral

28   includes cash collateral or whose lien(s) might be affected by the relief sought.

1    **PLEASE TAKE FURTHER NOTICE,** that this Motion is based upon the accompanying

2    Memorandum of Points and Authorities, the Declaration of Noble Zubaid filed concurrently with

3    this Motion, arguments of counsel, and other admissible evidence properly before this Court at or

4    before the hearing on this Motion. In addition, the Debtors request that the Court take judicial notice

5    of all documents filed with the court in this case.

6    **WHEREFORE**, the Debtors respectfully pray that the Court grant the Motion and authorize

7    the Debtors to enter into the Agreement with Tristar and grant such other and further relief as the

8    Court deems just and proper under the circumstances.

9    DATED: June 6, 2018                    **LEECH TISHMAN FUSCALDO & LAMPL INC.**

10

11                                By: /s/Stuart I. Koenig_____
                                      **STUART I. KOENIG**
12                                   [Proposed] Reorganization Attorneys for Golden Crown
                                     Properties,  and 66 on 66 Bar & Grill LLC, Jointly
13                                   Administered Debtors and Debtors in Possession

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST DAY EMERGENCY MOTION FOR ORDER AUTHORIZING HOTEL MANAGEMENT AGREEMENT

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.

3

## STATEMENT OF FACTS

4    **A.    The Chapter 11 Bankruptcy Case and Jurisdiction**

5    On May 25, 2018 ("Petition Date"), each of the Debtors commenced their bankruptcy cases

6    by filing in this Court a voluntary petition for relief under chapter 11 of title 11 of the United States

7    Code (the "Bankruptcy Code"). The Debtors continues to manage as a debtor-in-possession

8    pursuant to Bankruptcy Code §§ 1107(a) and 1108. An official committee of creditors holding

9    unsecured claims has not yet been formed in these cases. The Court has core jurisdiction over this

10   matter pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(A), (D), (K) and (M).

11   **B.    The Debtors Businesses**

12   The Golden Crown is a California corporation. The Golden Crown owns the land on which

13   the Hotel is located. Prior to the appointment of a State Court Receiver Golden Crown operated the

14   Hotel under the flagship of Ramada Inn ("Hotel"). Within the Hotel is a restaurant called Canyon 66

15   Restaurant & Lounge ("Restaurant" and collectively with the Hotel referred to herein as the

16   "Business"). The Hotel and Restaurant are located at 3100 East Andy Devine Avenue, Kingman,

17   Arizona. The Restaurant is owned by 66 Bar & Grill LLC ("66 Bar & Grill"), an Arizona

18   corporation.

19   On June 1, 2018 the Debtors filed a motion for the joint administration of their cases ("Joint

20   Administration Motion"). [Docket No. 11]. The Joint Administration Motion was granted by this

21   Court on June 1, 2018. [Docket No. 16].

22   Prior to the Petition Date, both the Hotel and the Restaurant were closed due to financial

23   complications, the cause of which is currently in dispute. Regardless, the Hotel and the Restaurant

24   were subsequently reopened, and until the filing of the Chapter 11 cases were under the control of a

25   state-court appointed receiver, Robert J. Itkin of Simon Consulting, LLC (the "Custodian"), who was

26   appointed pursuant to an action commenced by the senior secured lender for the Debtor and 66 on

27   66, Pacific Premier Bank ("PBB").

28   ///

LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 SOUTH LOS ROBLES AVENUE, SUITE 210
PASADENA, CALIFORNIA 91101
626.796.4000

Although the Debtors and PPB are cooperating despite their disputes to assure a smooth transition to avoid disruption of business operations, the transition has by necessity delayed the ability of the Debtors to file their first day motions sooner.

**C.    Events Leading to Filing of Chapter 11 Case**

Because of a downturn in its business and severe cash flow problems, in March of 2018 the Debtor was unable to meet its entire payroll obligation.  In response, the then manager of the Hotel terminated all of the Hotel's employees, bolted the doors shut and closed down the Business on March 26, 2018. As a result of the shutting down of the business, the Debtor had no income and was unable to meet its obligations to its senior secured lender, Pacific Premier Bank ("Pacific").  In response, Pacific filed a notice of foreclosure and set a foreclosure sale for May 31, 2018.  Pacific also filed an action in the State Court of Arizona seeking the appointment of a State Court Receiver.

As explained more fully in the Declaration of Noble Zubaid (Zubaid Declaration") filed in support herein, the Debtor has located a third party who has agreed to loan the Debtors sufficient funds to bring PPB current, reinstate the loan and inject sufficient cash to sustain operations.

**II.**

**THIS COURT HAS THE AUTHORITY TO AUTHORIZE**

**THE DEBTOR TO ENTER INTO THE AGREEMENT**

"Pursuant to Bankruptcy Code Section 363(b)(1) a debtor in possession can enter into a contract, subsequent to the filing of a bankruptcy petition, after notice and a hearing: "(b)(1) the trustee, after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate, …" *See, In re Texas Wyoming Drilling, Inc.*, 486 B.R. 746, 755 (Bankr. N.D. Tex. 2013).  "Secondly, as a general matter, to enter into a post-petition contract, the debtor must either enter the contract in the 'ordinary course of business', *see,* Code §§363(c)(1), or receive court approval to enter into the contract outside the ordinary course, *see,* Code §363(b)(1)." *See, also In re Git-N-Go,* 322 B.R. 164, 174 (Bankr. N.D. Okla. 2004).

As explained more fully in the Zubaid Declaration, the Debtors have identified a third party who has agreed to invest in the Business, subject to approval by this Court.  With the cash infusion the third party has agreed to invest, the Debtors will be in a position to bring their obligations to PPB

LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 SOUTH LOS ROBLES AVENUE, SUITE 210
PASADENA, CALIFORNIA 91101
626.796.4000

1    current and reinstate the loan.  The Debtors will also be in a position to bring current any outstanding

2    debt to the taxing authorities and any payroll obligations it may have.  Most importantly, it will put

3    the Debtors in a position to reopen the Business and fund its reorganization.   In order to ensure the

4    success of the Business the Debtors seek the approval of this Court to enter into the Agreement and

5    allow Tristar to act in the capacity of the management company for the Business.

### III.

### CONCLUSION

**WHEREFORE** based on the foregoing, the Debtors respectfully requests that the Court

enter an order authorizing it to enter into the Agreement and granting such other and further relief as

this Court deems just and proper under the circumstances

DATED:  June 6, 2018                    **LEECH TISHMAN FUSCALDO & LAMPL INC.**


By: /s/Stuart I. Koenig_____
         **STUART I. KOENIG**
[Proposed] Reorganization Attorneys for Golden Crown
Properties, LLC,  and 66 on 66 Bar & Grill LLC,
Debtors and Debtors in Possession

FIRST DAY EMERGENCY MOTION FOR ORDER AUTHORIZING HOTEL MANAGEMENT AGREEMENT

LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 SOUTH LOS ROBLES AVENUE, SUITE 210
PASADENA, CALIFORNIA 91101
626.796.4000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 SOUTH LOS ROBLES AVENUE, SUITE 210
PASADENA, CALIFORNIA 91101
626.796.4000

**DECLARATION OF NOBEL ZUBAID**

I, NOBLE ZUBAID, declare as follows:

1.    I am the managing member of both Golden Crown Properties, LLC and 66 on 66 Bar & Grill LLC, the Debtors and Debtors and Debtors in Possession[1] in the above-referenced Chapter 11 cases.  I submit this declaration in support of the Motion.  If called to testify, I could and would testify competently concerning the contents of this Declaration.

2.    My knowledge of the facts set forth herein is based on my personal knowledge, my review of the company's books and records and on information which I learned from the Debtors personnel in the course of assisting the Debtors personnel and outside counsel prepare for the commencement of the within chapter 11 case.  I am responsible for the day to day operations of the business.

3.    Golden Crown is a California corporation.  Golden Crown owns the land on which the Hotel is located.  Prior to the appointment of a State Court Receiver, Golden Crown operated the Hotel under the flagship of Ramada Inn ("Hotel").  Within the Hotel is a restaurant called Canyon 66 Restaurant & Lounge ("Restaurant" and collectively with the Hotel referred to herein as the "Business").  The Hotel and Restaurant are located at 3100 East Andy Devine Avenue, Kingman, Arizona.  The Restaurant is owned by 66 Bar & Grill LLC ("66 Bar & Grill"), an Arizona corporation.

4.    Because of a downturn in its business and severe cash flow problems, in March of 2018 the Debtor was unable to meet its entire payroll obligation.  In response, the then manager of the Hotel terminated all of the Hotel's employees, bolted the doors shut and closed down the Business on March 26, 2018. As a result of the shutting down of the business, the Debtor had no income and was unable to meet its obligations to its senior secured lender, Pacific Premier Bank ("Pacific").  In response, Pacific filed a notice of foreclosure and set a foreclosure sale for May 31, 2018.  Pacific also filed an action in the State Court of Arizona seeking the appointment of a State Court Receiver.

---

[1] Capitalized terms shall have the meaning ascribed to them in the Motion.

FIRST DAY EMERGENCY MOTION FOR ORDER AUTHORIZING HOTEL MANAGEMENT AGREEMENT

5.     I have recently entered into an agreement, subject to the approval of this Court, with Tristar Investment Company LLC I, ("Tristar") to act as the management company of the Business. Attached hereto and incorporated herein by reference as Exhibit "A" is a true and correct copy of the proposed Hotel Management Agreement ("Agreement").

6.     I do not have the expertise to manage the Business and therefore require the services of a management company.  Tristar is an experienced management company with extensive experience operating and managing hotels and restaurants like the Business.  I chose Tristar as the management company for the Debtor based on their expertise.  Attached hereto and incorporated herein by reference as Exhibit "B" is a true and correct copy of Tristar's resume.

7.     Prior to the Petition Date I located a third party willing to invest in the Debtor's business.  With this infusion of cash, the Debtor will be able to reinstate its loan with PPB, pay its outstanding tax obligations and reopen its business.  To position itself to reopen and operate the Business, it is necessary that the Debtors enter into the Agreement with Tristar.

8.     For the reasons set forth above, I respectfully request that the Court authorize the Debtors to enter into the Agreement and move forward towards a successful plan of reorganization.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 6, 2018, at Redlands, California.

Noble Zubaid

FIRST DAY EMERGENCY MOTION FOR ORDER AUTHORIZING HOTEL MANAGEMENT AGREEMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
LEECH TISHMAN FUSCALDO & LAMPL, INC., 200 South Los Robles Avenue, Suite 210, Pasadena, California 91101.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF EMERGENCY FIRST DAY MOTION
AND FIRST DAY MOTION OF DEBTOR FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO HOTEL
MANAGEMENT AGREEMENT; DECLARATION OF NOBLE ZUBAID IN SUPPORT THEREOF will be served or was
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated
below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 6,
2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Dana Perlman | dperlman@perlmanlaw.com |
| Mohammad V. Tehrani | mohammad.v.Tehrani@usdoj.gov |
| Sandford L. Frey | sfrey@leechtishman.com, jabrams@leechtishman.com; skoenig@leechtishman.com |
| US Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 8, 2018, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Hon. Scott H. Yun
United States Bankruptcy Court
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819
By Personal Delivery
**By E-mail:**

| Party: | Served: | E-mail address: |
|---|---|---|
| Ramada Worldwide, Inc. (Request for Notice) | Daniel M. Eliades, Esq. | daniel.eliades@leclairryan.com |
| | David S. Catuogno, Esq. | David.catuogno@leclairryan.com |
| | Matteo Percontino, Esq. | Matteo.Percontino@leclairryan.com |
| Pacific Premier Bank | Jacob L. Sherrard, Esq. | jake.sherrard@kutakrock.com |
| | Peter Barrett, Esq. | Peter.Barrett@kutakrock.com |
| Receiver | Robb J. Itkin, Receiver | ritkin@simonconsulting.net |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 8, 2018 | Janis G. Abrams | /s/ Janis G. Abrams |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT "A"

# HOTEL MANAGEMENT AGREEMENT

This Hotel Management Agreement (this "**Agreement**") is made and entered into effective June 1, 2018 by Tristar Investment Company LLC I, a limited liability company with principal place of business at 8747 E. Via de Commercio, Suite 110, Scottsdale, Arizona 85258 ("**Management Company**"), and Golden Crown Properties LLC,  ("**Owner**").

## RECITALS

WHEREAS Owner Owns a Hotel called:  Ramada Inn, & restaurant called Canyon 66 Restaurant  &  Lounge  ("**Hotel**")  located  at  3100  E.  Andy  Devine  Ave,  Kingman,  AZ   86401 ("**Address**") ;

WHEREAS, Owner deems it to be in its best interest to engage the Management Company to manage and operate the Hotel on behalf of Owner;

WHEREAS, Management Company is willing to perform such services in accordance with the terms of this Agreement.

In  consideration  of  the  mutual  covenants  and  promises  of  the  parties,  Owner  and Management Company agree as follows:

**Term.** The term of this Agreement shall commence on June 1, 2018 and can be terminated by either party with a sixty (60) day written notice to the other party.

1.      **Duties of the Management Company**.

    1.1      Engagement of Management Company to Manage Hotel.  Owner hereby retains Management Company, subject to the terms of this Agreement, to supervise, direct and control the management and operation of the Hotel throughout the Term, and the Management Company hereby undertakes and agrees to perform all of the services and to comply with all of the provisions of this Agreement, upon all of the terms and conditions hereinafter set forth.

    1.2      Authority and Duties of Management Company: Management Company shall have the sole and exclusive right to supervise and direct the management and operation of the Hotel in accordance with the standards set by the licensor of the trademark under which the Hotel may operate.   In the performance of this Agreement, Management Company shall act solely as an independent contractor. This Agreement shall not be interpreted or construed as making Management Company a partner of, joint venturer with, or agent of the Owner.

    1.3      Employees.  Management Company shall hire, promote, discharge, and supervise the work of the executive staff of the Hotel, including the Hotel manager, assistant managers and department heads of the Hotel.  Management Company shall supervise through the Hotel executive staff the hiring, training, promotion, discharge, and work of all other operating and service employees performing services in and about the Hotel. Management Company shall observe

all applicable employment and labor laws and regulations.  Employees shall be employees of the Hotel or a third party PEO.

      1.4   <u>Expenses</u>.  Approved out of pocket expense and travel expenses shall be expensed to the profit and loss statement of the Hotel.

      1.5   <u>Insurance</u>.  Owner shall provide insurance on the Hotel.  Such insurance shall include umbrella, liability, property, Employment Practices Liability Insurance, loss of rents, and Workmen's Compensation, and it shall meet the requirements of the Licensor.  Management Company shall be Additional Named Insured.

      1.6   <u>Expenses Incurred by Management Company on Behalf of Owner</u>.  Except as otherwise provided in this Agreement, all debts and liabilities arising in the ordinary course of business of the Hotel are and shall be the obligations of the Hotel, and Management Company shall not be liable for any of such obligations by reason of its management, supervision and operation of the Hotel for the Owner.  Unless expressly stated otherwise in this Agreement, neither Management Company nor any of its affiliates shall be obligated to advance any of its own funds to or for the accounts held by the Owner for the Hotel.

    2.     **Operating Account, Operating Funds, and Payroll Account.**

      2.1   <u>Operating Account</u>.  All monies received by Management Company from the operation of the Hotel, including the Operating Funds furnished by the Owner, shall be deposited in accounts, (collectively called the "**Operating Account**"), in a bank or trust company  approved by the Owner and Management Company.  Such monies shall not be mingled with Management Company's other funds.  Out of the Operating Account, Management Company is authorized pay all operating expenses of the Hotel, any fees or compensation of any kind due Management Company pursuant to this Agreement.

      2.2   <u>Payroll Account</u>.  Management Company may maintain a separate payroll account to be accessed by the Management Company and whomever it and Owner designate as a signatory on that account.  Management Company shall deposit into the payroll account from the Operating Account, by wire or bank transfer within seven (7) days prior to payroll cycle amounts sufficient to enable the Management Company or third party provider to make payroll.

    3.     **Management Fees**.

      3.1   <u>Basic Fee</u>.  In consideration of the services to be provided by Management Company throughout the Term of this Agreement, Management Company shall be paid a flat fee of Six Thousand Dollars ($6,000.00) for the first month, then the greater of a minimum of Five Thousand Dollars ($5,000.00) or three percent (3%) of Gross Revenue thereafter, called the "**Basic Management Fee**," payable to Management Company on or before the fifth (5th) day of each month.  Management Company is authorized to pay itself the Basic Fee from the operating account.

4.    **Annual Business Plan.**

4.1    Preparation of a Budget.    Management Company will submit to the Owner before December 1st of each year an Annual Budget for review.

4.2    Deviations from Annual Business Plan. Owner acknowledges that the Annual Business Plan/Budget is a composition of estimates and, therefore, Management Company is not warranting or guaranteeing in any respect that the actual operating results of the Hotel during the period covered by the Annual Business Plan/Budget for such Operating year (and shall not be cause for default of the Agreement). Nonetheless, Management Company agrees that the operating Budgets shall be prepared with appropriate care and diligence and after reasonable consideration of relevant factors.

5.    **Books and Records**. Management Company shall keep, on behalf of the Owner,  a full set of revenues and such other records reflecting the results of operation at the Hotels, the cost is $1,000.00 per month (called "Accounting Fee"). The books would be kept in accordance with generally accepted accounting principles and the Uniform Systems of Accounts and the Management Company would provide monthly Profit & Loss statements.  End of year taxes or CPA reporting shall be a cost of the Owner.  Any accounting or legal cost related to the annual filing or reporting shall be a cost of the Hotel and shall be expensed to the profit and loss statement of the Hotel.

6.    **Working Capital**. Owner agrees to supply Management Company with sufficient Working Capital as necessary to enable the Management Company to operate the Hotel in accordance with the Annual Business Plan.

7.    **Termination.**  This Agreement shall be subject to Termination, and, except as to liabilities or claims of either party which shall have accrued or arisen prior to the date of Termination, the obligations of the parties with respect to this Agreement shall cease and terminate on the happening of any of the following events:

7.1    Termination by Owner.  The following shall constitute a "**Management Company Default**":

7.1.1    Willful misconduct, or Gross Negligence by the Management Company.

7.1.2    Owner has an arms-length sale of Hotel prior to the expiration of this Agreement, Owner shall pay as severance to Management Company, two months (60 Days) Basic Management Fee. Management Company is authorized to pay itself from the Operating Account.

7.1.3    Owner can terminate this Agreement with a sixty (60) day written notice to the Management Company.

3

   7.2 <u>Termination by the Management Company</u>. The following shall constitute an **"Owner Default"**:

    7.2.1 If the Owner shall fail to provide Working Capital (funds) to be deposited in the Hotel Accounts within Ten (10) calendar days after Manager's request for such additional funds and such failure continues for an additional seven (7) calendar days after written notice by Management Company to Owner that such funds have not yet been received, Management Company can terminate the Agreement after sending written notice to Owner.

    7.2.2 Management Company can terminate this Agreement with a sixty (60) day written notice to the Owner.

   8. **Owner's Meeting.** For the first six (6) months Management Company will provide a weekly meeting via conference call or email with Owner to review the Hotel performance, marketing position and other issues regarding the operation of the hotel, then one meeting per month, thereafter.

   9. **Revenue Management & Property Management Meetings**. Management Company will provide revenue management services and management meetings with the Hotel General Manager. Management Company will have a weekly meeting via conference call, with the Hotel for the first 6 months and then bi-weekly revenue meeting, thereafter.

   10. **Assignment.**

    10.1 This Agreement may not be assigned by either party without prior written consent of the other party, provided, that the forgoing shall not apply to assignments by Owner of its interest in this Agreement as security for a loan to Owner secured by the site.

    10.2 Subject to the above, this Agreement shall inure to the benefit of and be binding on the parties, their respective heirs, legal representatives, successors and assigns.

   11. **Notice.** Any notice or termination notice as provided for in this Agreement, by either party to the other shall be in writing and shall be delivered by registered or certified mail with return receipt service or by nationally recognized overnight delivery service, addressed as follows;

   If to the Owner:

   _____

   _____

   _____

   Attention: _____

410893.3/138680

If to the Management Company:

Tristar
3857 E. Tanglewood Drive
Phoenix, AZ 85048
Attention: Ken Edwards

With Copy to:
Quarles & Brady LLB
One Renaissance Square
Two North Central Ave.
Phoenix, AZ 85004-2391
Attention: Isaac Gabriel

All notices shall be deemed delivered on the date of first attempt to deliver, as reflected in the records of the postal or delivery service. Either party may at any time change its address for notices by notice to the other parties in accordance with the provisions of this Section.

12.    **Miscellaneous Provisions.**

12.1    No Partnership. Nothing contained in this Agreement shall constitute or be construed to be partnership or joint venture between Owner, its successors and assigns, on the one part, and Management Company, and its successors and assigns, on the other part.

12.2    Amendment. This Agreement cannot be changed or modified except by a writing signed by the parties.

12.3    Entire Agreement. This Agreement constitutes all of the understandings and agreements existing between the parties.

12.4    Captions. The article, section and paragraph headings contained in this Agreement are for the convenience of reference only and are not intended to define, limit or describe the scope or intent of any provision of this Agreement.

12.5    Third Parties. Despite any provision in this Agreement, it is agreed that none of the obligations of either party shall run to or be enforceable by any party other than the other party in this Agreement.

12.6    Consents. Whenever under any of the provisions of this Agreement the approval or consent of the other party is required, the decision thereon shall be promptly given and the approval or consent shall not be unreasonably withheld.

12.7    Governing Law and Jurisdiction. This Agreement shall be deemed to have been made in and shall be construed and governed by the laws of the State of Arizona. Any action to enforce this Agreement shall be brought in Maricopa County, Arizona.

12.8    <u>Indemnifications</u>. Management Company shall indemnify and save harmless Owner from all claims, losses, damages and expenses, including without limitation, reasonable attorneys fees arising out of or relating to gross negligent or willful misconduct of Management Company or its agents arising out of the performance of its obligations hereunder. Owner agrees to indemnify, defend and hold harmless Management Company and its employees and agents for, from and against any and all claims, damages, liability and expense arising out of or resulting from (i) breach of any obligation or agreement of Owner relating to the Hotel; or (ii) any damage for bodily injury and for damage to or destruction of property arising from any negligent or intentional acts of Owner, third party or guest of which Management Company has no control , including the loss of use of the Hotel following and resulting from such damage or destruction (iii) the performance of the Management Company services under this Agreement (iv) any act or omission (whether or not willfull, tortuous, or negligent) of Owner or any third party or (v) any other occurrence related to the Hotel whether arising before, during or after the Operating Term. Supplementing the provisions of Section 12.8, if any claim shall be made against Owner and/or Management Company, which is based upon violation or alleged violation of the Employment Laws ("**Employment Claim**"), the Owner shall indemnify, defend and hold harmless the Management Company. The provisions of this Article shall survive the termination of this Agreement with respect to acts, omissions, employment claim, and occurrences arising during the Operating Term.

13.    <u>**Environmental.**</u>  Owner warrants and represents that to the best of it's knowledge and belief, there are no material defects or hazardous materials or conditions, including asbestos, toxic materials, or other contaminants, either visible or unseen, in or at the Hotel.   Owner acknowledges and agrees that: (i) Management Company is not an expert in environmental matters and that Management Company has not made nor has been asked to make and shall not make any representations or warranties with respect to the environmental conditions or suitability of the Hotel; (ii) any obligations which may exist with regard to compliance with statutes, ordinances and regulations relating to the environmental conditions are Owner's sole responsibility; (iii) Owner will immediately notify Management Company of any knowledge of any matters of environmental concern, and, if requires by law, and will so report such information to the appropriate governmental authority; (iv) Owner will indemnify, defend and hold Management Company harmless for, from and against any and all costs, damages, losses, liabilities and expenses (including attorneys fees) arising out of or resulting from any breach of the foregoing covenants representations or from any claim of any party for damages caused any such environmental matter.  Management Company will at all times ensure that the Hotel is operated in compliance with all applicable environmental laws and regulations.

14.    <u>**Attorneys Fees.**</u>  Except as otherwise set forth herein, should an action, including arbitration, be brought by either party to enforce any provision of this Agreement, then the prevailing party shall be entitled to its costs and reasonable attorneys fees incurred therein

15.    <u>**Definition of Terms.**</u>  The following terms when used in this Agreement shall have the meanings indicated:

A    "<u>Capital Expenditures</u>" shall mean cost that is not a Deduction (15.F), as operating expenses, that exceed the cost of one-thousand dollars.

6

410893.3/138680

B.  "Fiscal Year" shall mean each calendar year during the Term of this Agreement.

C.  "Fixed Asset Supplies" shall mean items included within "Property and Equipment" under the Uniform System of Accounts.

D.  "Gross Revenues" shall mean all revenues and receipts of every kind derived from operating the Hotel and parts thereof, including, but not limited to, income (from both cash and credit transactions) from rental of guest rooms, telephone charges, stores, extended stay rent payments, offices, exhibit or sales space of every kind; license, lease and concession fees and rentals; income from vending machines; spa membership fees; food and beverage sales; sales of telephone service; wholesale and retail sales of merchandise; service charges; provided, however, that Gross Revenues shall not include: insurance proceeds (except for the proceeds of business interruption insurance which shall be included in the Gross Revenues), proceeds of condemnation; sale of used goods; gratuities paid to Hotel employees; federal, state or municipal excise sales or use taxes or any other taxes collected directly from patrons or guests or included as part of the sales price of any goods or services; proceeds from the sale of capital assets; or any proceeds from any sale of the Hotel or from refinancing of any debt encumbering the Hotel.

E.  "Inventories" shall mean "Inventories" as defined in the Uniform System of Accounts, such as provisions in storerooms, refrigerators, pantries and kitchens; beverages in wine cellars, and bars, other merchandise intended for sale, fuel, mechanical supplies, stationery, and other office supplies and similar items.

F.  "Operating Profit" shall mean the excess of Gross Revenues over the following deductions ("**Deductions**") incurred by Management Company in operating the Hotel:

   i.   The cost of sales including salaries, wages, fringe benefits, payroll taxes, expenses in regard to hiring and training (including labor loss prevention of Hotel employees), and costs related to contract labor;

   ii.  Departmental expenses, administrative and general expenses and the cost of Hotel advertising and business promotion; heat, light and power; and routine repairs, maintenance and minor alterations;

   iii. The cost of Inventories and Fixed Asset Supplies consumed in the operation of the Hotel;

7

iv.  All costs and fees of independent accountants or other third parties who perform services required or permitted hereunder;

v.  Water and sewer assessments and charges;

vi.  All out-of-pocket disbursements and expenses reasonably and properly incurred by Management Company in the course of and directly related to the due management and operation of the Hotel under this Agreement. Such charges may include all reasonable costs of travel, meals, lodging, telephone, telegram, air express, and other similar expenses, but may not include any of the regular expenses of any office maintained by Management Company elsewhere;

vii.  (Section 3.1), the Basic Management Fee;

viii.  Payments under equipment leases existing on the Effective Date or approved hereafter by Management Company and Owner;

ix.  Property and operational insurance costs and expenses;

x.  Licensors costs and expenses incurred by the Hotel as provided for in the terms and conditions of the Licensor. Does not include capital expenditures required by the Licensor,

xi.  Does not include the following expenses/cost: Depreciation, interest or principle payments, capital expenditures, owner fees, owners insurance or owner distributions.

G.  "Operating Loss" shall mean a negative Operating Profit.

H.  "Period" shall mean each calendar month in each Fiscal Year.

I.  "Quarter" shall mean a Calendar (Jan-Mar, April-June, July-Sept, Oct.-Dec.)

J.  "Uniform System of Accounts" shall mean the Uniform System of Accounts for Hotels, 10th Revised Edition, 2010, as published by the Hotel Association of New York City, Inc. from time to time.

K.  "Working Capital" shall mean funds which are reasonably necessary for the day-to-day operation of the Hotel's business, including, without limitation, amounts sufficient for the maintenance of change and petty cash funds, operating bank accounts, receivables, payrolls, prepaid expenses and funds required to maintain Inventories, less accounts payable and accrued current liabilities.

8

L.   "Gross Negligence" as stated herein shall mean a conscious and voluntary disregard of the obligation to act with reasonable care that would have prevented a foreseeable harm or injury to a person and/or property.

M.   "Willful Misconduct" as stated herein shall mean a knowing and voluntary violation of a reasonable and uniformly enforced rule and/or policy.

**[SIGNATURES ON NEXT PAGE]**

9

IN WITNESS WHEREOF, the parties have executed this Management Agreement as of the day and year first above set forth.

**MANAGEMENT COMPANY:**
TRISTAR INVESTMENT COMPANY LLC. I, an Arizona limited liability company

By: _____
      Kenneth L. Edwards
Its:    Managing Member

Date: _____

**OWNER:**

By: _____

Its: 

Date: _____

10

IN WITNESS WHEREOF, the parties have executed this Management Agreement as of the day and year first above set forth.

**MANAGEMENT COMPANY:**
TRISTAR INVESTMENT COMPANY LLC. I, an Arizona limited liability company

By: _____
      Kenneth L. Edwards
Its:    Managing Member


Date: _____


**OWNER:**


By: _____

Its:

Date: _____

410893.3/138680

10

IN WITNESS WHEREOF, the parties have executed this Management Agreement as of the day and year first above set forth.

MANAGEMENT COMPANY:
TRISTAR INVESTMENT COMPANY LLC, an Arizona limited liability company

By: ______________________
Kenneth L. Edwards
Its: Managing Member

Date: ______________

OWNER:

By: ______________________

Its:

Date: ______________

# EXHIBIT "B"



# Tristar Hotel Group

## GENERAL NARRATIVE

8747 E. VIA DE COMMERCIO
SCOTTSDALE, AZ 85258
PHONE: 480-391-6300
WWW.TRISTARHOTELS.COM

**TRISTAR**
**HOTEL GROUP** General Narrative

# Executive Summary

## Customer Service Standards

Superior customer service is interwoven into all of the hotels we have owned and operated. Tristar Hotel Group boasts 50+ years of hotel experience within resorts, extended stay, full service, select, and focus service properties, currently owning 8 hotels, with prior ownership in 18 hotels across the country. We adhere to and enforce brand standards and training. Frequent guest programs are a key area of focus within our hotels; ensuring customers loyal to the brand are taken care of, as well as cultivating new brand customers. Consistency in the physical product and the guest experience are of the utmost importance. There is a strong emphasis on quality assurance, food & beverage outlets and guest service programs to ensure our hotels are compliant with brand standards. In today's very mobile and fast paced world, we train all of our employees to work within a high-level service culture which breeds a great customer experience, and we also teach superior customer recovery techniques which keeps customers loyal to both our hotels and the brand.

## Corporate Office Structure

Tristar's corporate office is located in Scottsdale, AZ where we employ a dedicated team of seasoned hospitality professionals. Our management team is based strictly out of our corporate office and do not hold dual role(s) at the property level as well.

## Synopsis of Hotel Awards

Tristar Hotels have been the recipient of many awards and noteworthy recognition over the years. These awards include, but are not limited to: Hotel of year for Carlson Hotels Globally. Awarded top hotel of year by the Scottsdale CVB, #1 White Glove Award for 3 years. Four Diamond Resort for 10 years, Selected as #1 hotel by Carlson Preferred Travelers. Scottsdale Resort Manager of the year. Top Hilton Garden Inn Western Region as the preferred hotel used by University of Phoenix. #1 Ranked hotel for Hilton Honors Travelers Western region. #1 ranked Radisson Western region. White Glove Award. Renovation of year award. Ranked #1 Heartbeat (guest comments) Midwest region. Torchbearer award (biggest IHG honor) 9 years in a row. Quality Excellence Award (one level down from IHG Torchbearer Award). New Comer of Year Award (highest ranking for newly opened/1st year hotels). Quality Excellence Award. Carlson – GM of the Year. Perennial 4 Diamond resort for 10 consecutive years and achieved 4 diamond statuses in the first six months after opening. Phoenix employer of the year nominee, TOP 10 Hospitality eLearning platform in USA, Top 50 Hospitality Management Companies, and preferred Revenue Management Company for IHG, Carlson and Wyndham Hotels.

## Renovation & New Build Competence

Tristar has managed and supervised more than 450 million dollars in hotel renovation & new build projects. We understand the property has upcoming renovations and Tristar is ready, willing and able to assist the Owners in completing the necessary renovations in a timely fashion, while satisfying all the requirements of the Product Improvement Plan (PIP) for each and every brand.

1

## Tristar Overview

Based in Scottsdale, Arizona, Tristar Hotel Group provides hotel management services for Hotel Owners seeking quality management of their assets.  We are experienced full service hotel operators in the pre-development, construction, Food and Beverage management, sales & marketing and day-to-day hotel operations/management.

Tristar Hotel Group is an Owner, a Hotel Operator and hotel consultant. We understand the concept of increasing the  valuation of a Hotel by developing sales, which creates Net Operating Income. Our company is a Sales &  Marketing oriented Hotel Management Company that has strengths in cost controls and employee  development. Once the physical plant is improved, in conjunction with a concentration of direct sales  effort, we train our employees to ensure that new and old business continues to repeat month after  month. Tristar will evaluate the F&B opportunities to create an outlet(s) that guest truly enjoy. It is our belief that well trained people, given the best suited product, will generate the greatest  returns on investment. It is our experience and our dedication to the Hotel Industry that breeds success  at all of our Hotels.

Our Philosophy is to achieve five primary solutions for our Hotels:

1. Select the correct Franchise.
2. Review all of the design and construction plans.
3. Lay-out the map to maximize financial performance.
4. Train and maintain the on-site staff, resulting in lower turnover while increasing sales and cash flow year after year.
5. Create the best Food & Beverage outlets with menu development and creating first class service standards and training.

Tristar Hotel Group is a hotel management, development, and consulting company structured around the ability to provide a wide-range of hotel management solutions to a hotel and its ownership group. We understand an owner's need to maintain control and oversight of the asset, and we know that each Hotel often requires a specific level of management assistance to ensure its success.

Each hotel operated by Tristar Hotel Management Company is tailored to suit the specific needs of its region and its ownership group. The property is positioned in its market with the right program and personnel to establish the hotel as the dominant player of that market, thus attaining the greatest market share and the highest return on shareholder investment.

Tristar is able to provide:

- Complete Hotel Management
- Hotel Consulting
- Hotel Development
- Sales & Marketing
- Food & Beverage
- Revenue Management

- Accounting Services
- Asset/Renovation Management
- Hotel Receivership Management
- Entry-level to Management Training
- Guest Service Training

## Training

In addition to the Brand training, Tristar Hotel Group has invested more than $1,000,000 and created their own online training program, www.HMBookstore.com.  Currently HMBookstore is used by 23 Major Universities and 557 hotels in North America. HMBookstore training is used at all of Tristar's Hotels they manage.

HMBookstore has been designed to provide eLearning education and training materials for both line level positions and management. HMBookstore has over 120 eLearning Courses used for training to include courses in Spanish and in Mandarin.  When hotels implement the HMBookstore.com eLearning program they will see that customer service scores will increase, social media postings improve, decrease in employee turnover, and employee moral improves-dramatically.  In addition to HMBookstore training, Tristar conducts one-on-one training weekly with each employee and monthly we have a *"celebrate service meeting"* to reinforce our commitment to creating a hotel service culture.

## Architectural & Design Experience

Tristar Hotel Management Group has a strong eye for new designs for all sleeping room interiors, as well as, lobby, exterior, restaurants, meeting rooms and lounge areas. Tristar has worked with some of the largest architects and the best hotel designers, such as world famous designer:  Kay Lang & Associates

<u>Kay Lang Referral:</u>

*Kay Lang + Associates has had a long-standing professional relationship with Tristar Hotel Group. Our firm appreciates their professionalism, enthusiasm and depth of operations.  They are a great team to work with; they are not only the Owner's advisory group - adhering to the core principals of asset management for their clients but, their team goes beyond and understands the need to provide innovative solutions for program, operational requirements.*

*The Tristar Hotel Group takes a personal interest in the properties they represent. Some of this expertise is due to their managements experience as owners, operators and seasoned real estate professionals.  Their team has worked on a wide spectrum of hotel types and classes and understands the difference between select service to full service properties and from independents to branded projects, upscale and luxury resorts and hotels.*

*We have first-hand knowledge of their process and their ability to get the best value by allowing the entire team including the designers to suggest possible VE solutions or arrive at alternative interior design solutions for renovation projects along with the process required to work with the entire team to build new projects.  This allows the entire team to invest themselves into a project which creates a better creative environment for the team infused with practical knowledge which ultimately drives the bottom line.*

*They also understand the latest trends and technology driving the hospitality industry and they partner with the ownership and design team to help facilitate smart real estate decisions. I would highly recommend Tristar Hotel Group.*

*Kindest regards, Kay*

*Kay Lang, President + CEO*

*Tel. 310.442-5251 x 122*
*kay@kaylangassocs.com*

3

TRISTAR
**HOTEL GROUP**
General Narrative

## Tristar General Manager Statements:

*"I appreciate working with a management company that allows its managers to give input on policies and procedures. I enjoy working with a company that is not afraid to try new things, especially when it comes to technology. I have over 20 years of experience and have worked for a dozen management companies, Tristar is by far is the most organized and complete company that I have worked for."* Tristar has extensive Food and Beverage experience creating and developing the Liberty Kitchen & Tap.

*- Nick Thompson – General Manager Wyndham Garden Phoenix Midtown.*

*"I have always been impressed with the Tristar Management Company. I have found that they provide a number of resources for a productive, well operated property. From the training materials provided to the office support offered from the staff, to the guidance of the partners. Tristar has always offered the back-up, direction and leadership needed for a profitable hotel. They maintain and expect high standards, have personal involvement, provide great ideas and offer suggestions for high moral and guest stratification. The owners of Tristar take personal hands on involvement with the operations and development of each employee. Tristar's Food and Beverage experience is outstanding- developing and creating one of IHG's first Burger Theory Restaurant. They are interested in profit but they are more interested in us. You see, every employee wants to learn-Right. Overall, Tristar Management Company is the best that I have worked with in my career."*

*- Jeremy Brown – General Manager Holiday Inn Bloomington, IN*

*"Tristar Management affords its employees extensive training and support. Their hands on approach and one-on-one coaching make it much less stressful and takes the guess work out of knowing what is expected and how procedures and overall operations should run. Their expectations are high, but their support and training make our goals achievable. Since I have worked for Tristar they are consistent, organized, and willing to assist. You see, their goal is consistent with our goal; the only way to be number 1 is to work hard at being number 1. We have a full-service restaurant servicing breakfast, lunch and dinner to include 6,000 square feet of convention space. Our Hotel runs a high occupancy and high ADR.*

*- Norman Roca –General Manager, Hilton Garden Inn, San Jose (Gilroy), CA*

4

*"I find Tristar to be helpful in trying to get a troubled hotel's ownership to meet the brand standards and take care of the property. Tristar knows what is needed to be done and were willing to make the commitment to the manager and the brand that they would get the work done.*

*I have been employed at a hotel managed by Tristar for about ten years. During this time I have gotten to know many of the staff at Tristar. I have found them to be helpful and ready to work with the hotel to accomplish our goals. Regular contact with Tristar takes place to keep the corporate office up to date on our hotel's activities and needs.*

*Through specialized resources provided by Tristar our hotel receives on-line employee training specific to job positions (HMBookstore) and we have a method for our employees to voice their suggestions (I-Innovator).*

*I have dealt with numerous management and ownership companies and organizations throughout my hotel career. I find Tristar to be one of the best to work with and to work for."*

*- Michael Gebhardt – General Manager Comfort Inn-Bloomington, IN*


*"I have worked with Tristar Management since July of 2007. I have worked in hospitality my entire career and thought I knew quite a bit about the business. I was right, but also wrong. I did know quite a lot of what it takes to operate a hotel, but soon came to realize many things I truly needed assistance and education to run my hotel to be the best in its segment in this market. I feel I received this from the guidance and tutelage of the owners of Tristar Management along with patience and support of them to enable me to operate my hotel not only to the best of my ability, but to the continued success of my hotel. Tristar offers continuing education in the form of HMBookstore for both line level staff, but management as well. I-Innovator is a new grass roots suggestion portal to encourage all associates to make suggestions to the betterment of the hotel. Weekly topic based education sessions have been added to keep all GMs focused on delivering quality product and service for our guests. I feel my voice is heard when I have suggestions to better manage the facility and be proactive on topics such as revenue management and capital expenditures. As our market gets more and more competitive, I feel my hotel will continue to be successful through my efforts as well as the innovative efforts, partnership and support from the home office."*

*- Dawn Crawford – General Manager Holiday Inn Express Hotel & Suites Bloomington, IN*

## Contact Information

Tristar Hotel Group
8747 E. Via De Commercio
Scottsdale, AZ 85258

Phone: 480-391-6300
Fax: 480-391-4280
www.tristarhotels.com

CEO - Ken Edwards:
602-725-9900
keunlv@gmail.com

COO - Rick Tomljenović:
480-797-8818
rtoml@aol.com

6

**TRISTAR HOTEL GROUP** General Narrative

## Key Executive Staff Biographies

<u>Ken Edwards</u> - Chief Executive Officer: Ken Edwards is a graduate of the University of Nevada, Las Vegas, a top hospitality university in the nation, which he received his B.S. degree in Hotel Management. In addition, Ken graduated from the Culinary Institute of America, continuing education in the Food and Beverage field. Ken Edwards's hospitality endeavors by spending eighteen years as Owner of Tristar  Hotel Group, owners and operators of hotels. Ken spent the majority of his time to building, operating  and developing hotels throughout the country, building/ purchasing 18 hotels. Ken also owns  HMBookstore the leader in Hospitality Training.  He has dedicated the last five years creating a web-based learning management system providing hospitality training to university students, hotel operators   and hotel employees, globally. Finally, Ken owns Hotel Management Online, LLC which holds world-wide   rights to i-Rates.

Ken Edwards -- Managing Partner for Tristar Overseeing Development and Acquisitions for Tristar

- Is a graduate of the University of Nevada, Las Vegas, a top hospitality university, from which he received his B.S. degree in Hotel Management.
- Graduated from the Culinary Institute of America, continuing education in food and beverage.
- Employer of the year nominee - city of Phoenix.
- Mr. Edwards past **Board of Director for IHG Hotel Owners Association (4yrs)**
- IHG Brand Committees Served: Direct Sales Committee-Chairman (3yrs), Holiday Inn Committee (4yrs), Holiday Inn Express Committee-Vice Chair & Chaiman (4yrs), and IHG Frequent Travel Committee-IHG Reward (2yrs), Guest Love Committee (1yr).
- Owner of HMBookstore, eLearning Company used by majority of the top Hospitality Universities. Currently used by 22 Universities in North America.
- Partner with i-Rates, new hospitality revenue management software.
- Throughout his career, Ken has owned 18 hotels, currently owning 8 hotels in four states.
- Due to these years of experience, Mr. Edwards has developed expertise in the following areas: Revenue Management, cash management, multi-property management, sales & marketing, and food & beverage.
- Honors: Hotel of the Year.
- HMBookstore has sold more than 25,000 eBooks to Hospitality University Students and was recently featured as top eBook training by Hotel Impossible-Travel Channel.
- Current author for Hotel on-line
- Advisor to the University Southern Florida, Hospitality & Restaurant
- Top 10 largest IT Company Phoenix, Arizona

7

Rick Tomljenovic - Chief Operating Officer: Rick Tomljenovic received his degree in Hotel and Restaurant Management from Forest Park College in Saint Louis, Missouri. Rick has spent over twenty-five years in the hotel industry working in various management positions including: General Manager, Guest Services-Room Division, Accounting, and Food & Beverage. With his superior managerial experience in the industry, Rick brings vast knowledge in the fields of Cash Management, Sales & Marketing, and the take-over / turn-around of properties. Currently, Rick Tomljenovic sits on the Carlson Hotel Owners Advisory Committee and is the Chief Operating Officer of Tristar Hotel Group, a position he has held for more than 20 years.

Rick Tomljenovic -- Partner for Tristar Overseeing new construction, renovations and operations for Tristar

- Currently serving as Tristar's Director of West/Southwest/Midwest/Eastern operations, overseeing on-site property management as well as project development.
- Received his degree in Hotel and Restaurant Management from Forest Park College.
- Instructor at Forest Park College for five years.
- Has spent over twenty-five years in the hotel industry working in management positions that include General Manager, guest services-room division, accounting, and food & beverage.
- With his experience, he brings vast knowledge in the fields of Cash Management, Accounting, Sales & Marketing and take-over / turn-around properties.
- Currently sits on the Carlson Hotel Owners Advisory Committee.
- Rick Tomljenovic is currently serving as Tristar's Director of Operations, overseeing on-site property management as well as project development. He has overseen the construction, conversion and renovation of over 40 hotels in his career.
- Rick Tomljenovic received his degree in Hotel and Restaurant Management from Forest Park College.
- He has managed four diamond hotels, full service resorts, full service hotels, extended stay, and select & limited service brands.
- Works closely with the Architects and Design firms when dealing with renovated or new build properties.
- Mr. Tomljenovic was a hotel instructor at Forest Park College for five years.
- He has spent the last 18 years as owner and partner with Tristar
- With his experience he has been featured as a guest speaker and panel participant with several hospitality conventions.
- Past Board member for Carlson Hotels International Owners Association
- Served on several standard review boards with several brands.
- Voting Member for Best western Hotel-Phoenix, AZ

**TRISTAR**
**HOTEL GROUP**

Rick O'Neil - Corporate Controller: Rick O'Neil majored in Business Administration from Youngstown State University in Youngstown, Ohio. With a focus in Accounting and Operations, Rick has thrived in the Hospitality industry for more than thirty-five years. Rick has mastered the intricacies of accounting procedures for select service, full service, and convention and resort properties throughout the country. Rick assumed the position as Corporate Controller for Tristar Hotel Group in 2006, Rick has full accounting responsibilities that range from overseeing property accounting procedures and validating all banking activities to production of financial statements and preparation of annual budgets.

Duane Cristion – Regional Operations Manager: Being involved in the Hospitality industry for more than 18 years, Duane has developed superior customer service and service culture skills. Duane started in Food & Beverage and worked his way up to General Manager. His experience also includes hotel conversions, renovation projects and revenue management.

David Ray-Regional Operations Manager: David is involved in the day-to-day operations for Tristar Hotels. He performs site visits, and conducts weekly operations and declining balance calls with his portfolio of hotels. He assists with hotel takeovers and implementation of Tristar policies and procedures which includes life safety and accounting procedures. He has successfully increased guest comment scores and online reviews by having weekly reviews with each of the General Managers.

Jodi Ligon –Revenue Manager: Jodi Ligon received a Business Management degree from The University of Phoenix while employed in multiple managerial positions within the hospitality industry. Beginning in 1995 Jodi has developed superior experience as a Front Desk lead, one that entailed supervising more than 10 employees daily. She is responsible for finalizing all hotel financial paperwork, Guestroom inventory control, account management, and all financial documents coming and going for every hotel we operate and manage. Jodi has been awarded Supervisor of the Year for Scottsdale Camelback Resort and was designated as Associate Resort Professional for the American Resort Development Association.

Judy Oleslow –Accounts Payable, Payroll and Accounts Receivables Specialist: Judy is responsible for processing invoices and issuing payments while reviewing all invoices for appropriate documentation and approval prior to payments. She is in charge of reconciling any and all vendor statements while simultaneously researching and correcting any discrepancies that might arise.

Alberto Carazo –Income Auditor: Alberto is responsible for documenting all revenue that our company receives. He maintains records that are used by other departments to perform required financial procedures, including tax preparation and profit-and-loss analysis.

David Callander –Corporate Sales & Marketing: David assists properties with lead generation, increasing NOI, sales calls, sales blitz, ensuring web exposure, utilizing reports such as: STR, and Market Vision in a productive manner. He also makes recommendation for tradeshows, events, ad placement, press releases and other sales efforts as necessary.

Sam Johnson – Revenue Management: Currently serving as a Revenue Manager for Tristar Hotel Group, Sam is responsible for overseeing the revenue management practices and policies of Tristar's hotel properties, to include all E-commerce revenue streams. Sam has spent over 6 years in the hotel industry holding management positions in the Front Office and Accounting departments.

9

TRISTAR
**HOTEL GROUP** General Narrative

Darrell Luery —Human Resources Director: Darrell is responsible for developing organization strategies by identifying and researching industry trends, as well as contributing information, analysis, and recommendations to influence organizational strategic development within the company. Darrell is also responsible with establishing human resources initiatives in line with organizational objectives. Darrell additionally implements human resources strategies by establishing department accountability, including talent acquisition, staffing, and strategic hiring.

Mike Soelter - IT Department: Mike has worked with Tristar Hotel Group for the past 20 years. He has excelled in our IT Department by assisting with OTAs and creating Variance Revenue reports to assist our Revenue Managers. Mike also oversees all of our web based training. He is also the key programmer for HMBookstore and the LMS.

Robert Lansdale —Food and Beverage Director: Robert has +30 years in the Hospitality Industry and has worked in forty-nine states and five islands. After completing his six-year culinary apprenticeship in London, England he embarked to America with his first stop at the Plaza Hotel. Robert is responsible for coordinating all phases of Food and Beverage development and menu development.

Jon Green-Jon the Project Manager for Tristar Hotel Group. Jon is responsible for all New Build, renovations and restoration projects. Jon has over +20 years in the construction field and hotel operations.

Brian Walski —Sales and Marketing Director: Brian oversees strategic accounts and key customer relationships. He directly manages all Hotel Training of HMBookstore at single and multiple level operations. Brian has a successful track record in leading and implementing IT solutions and solving complex business problems. He has over 30 years of business and IT management experience within the supply chain and hospitality industries. Based on researched industry trends, he is responsible for developing product strategies and supporting roadmaps through execution.

Molly Milliken - VP of Sales and Marketing for HMBookstore: Molly manages our university accounts for the eLearning Company HMBookstore and sales & marketing campaigns. She has spent over 10 years in various roles in the hospitality industry. Her areas of expertise include operations, meeting and special event management, brand standards and owner relations. Molly has experience in both on-property and corporate roles and holds a Masters of Management in Hospitality from Cornell University.

## Tristar Food and Beverage Background

Tristar has over 20 years of managing hotels of all sizes and brands to include big box convention centers, restaurants, lounges, country clubs, kosher kitchens, restaurants, catering, dinner theatres and free standing restaurants. Ken Edwards, Rick Tomljenovic and Robert Lansdale are classically trained in culinary arts both in the United States and in Europe. Ken has been the holder of more than 30 liquor licenses within his company. Tristar has released an eLearning web application with more than 46 eBooks focused on just free standing restaurants and lounges, call dining.hmbooksore.com. Tristar has managed Resorts, Sheraton's, Hilton Garden Inns, Radisson, and large Independent hotels all with full-service restaurants, room service, lounges and catering up to 65,000 square feet. Tristar has developed several restaurant concepts such as Liberty Kitchen and Tap, Burger Theory and several others.

## Tristar Franchise Approval

Tristar is an approved management company with all of the top franchise companies, such as: Starwood, Hilton, InterContinental Hotel Group (IHG), Wyndham, Best Western, Choice, and Carlson Hotels.

## HMBookstore

### HMBookstore History

We began this journey in 2007, authoring our first training module using both our extensive understanding of how to create a superior service culture ensuring guest satisfaction, along with our mission to always keep up with technological advances to further the hospitality industry. We compiled the best practices utilized all over the industry throughout the years, and created the most comprehensive and cost effective hospitality eLearning/Web-Based Training (WBT) product available.

### HMBookstore Today

Since then, our team has expanded from two eager entrepreneurs to a diligent group of seasoned hospitality professionals who have experiences spanning from working the front-lines, to managing a large portfolio of properties across the country, and more. Along with an immeasurable passion for the hospitality industry, the team brings their vast knowledge of best training practices, technology, insights, and general know-how allowing us to provide the type of educational and training resources that will help shape the hospitality leaders of today, and tomorrow.

### HMBookstore eLearning Courses

# Hotel Course Listing



**HMBookstore**

**Hotel Real Estate**

Hotel Acquisition – Locating Asset
Hotel Acquisition – Purchasing Asset
Long-Term Financing
Hotel Development
Hotel Analytics
Hotel Technology
Hotel Franchising
Hotel Renovation
Management Agreements
Asset Management
Crowdfunding
Market Feasibility Studies
Hotel Purchasing
HERO

**General Management**

General Manager
Reputation Management
Leaders vs. Managers
GM Operating Standards
Employee Engagement
Hotel Accounting
Revenue Manager
Advanced Revenue Management
Customer Experience
Risk Management
Discrimination

**Engineering**

Chief Engineer
Engineer
Preventative Maintenance

**Sales & Marketing**

Director of Sales
Sales Manager
Internet Prospecting
Site Selection That Sells
Online Travel Agents

**Front Office**

Guest Service Manager
Reservations Manager
PBX Supervisor
Guest Service Agent
Night Auditor
Bellperson Attendant
Internship Rooms Workbook

**Housekeeping**

Executive Housekeeper
Room Inspector
Room Attendant
Houseperson Attendant
Laundry Attendant
Night Cleaner
Public Area Attendant

**Travel Trends**

Airbnb Hosting
Airbnb Security
Airbnb Preventing Prejudice
Airbnb The Future
Airbnb The Art of Hospitality

**Human Resources**

Human Resources Director
Management HR Issues
Service Culture
Internship Full Service Workbook

**Food & Beverage**

Free-Standing Restaurant
F&B Director
Executive Chef
Catering Director
Banquet Setup Supervisor
Banquet Bartender
Banquet Server
Bartender
Cashier
Cocktail Server
Cook
Restaurant Greeter
Restaurant Server
Busperson Attendant
Room Service Attendant
Breakfast Attendant
Internship F&B Workbook
Menu Engineering
Wine Book
F&B Cost Control
Restaurant Catering
Counter Servicer
Expeditor

**Espanol (es)**

Executive Housekeeper
Room Inspector
Room Attendant
Night Cleaner
Public Area Attendant
Engineer
Reputation Management
Service Culture
Guest Service Basics
Laundry Attendant
Reservations Manager

**Event Planning**

Corporate Event Planner
Special Event Planner
Non-Profit Event Planner
Wedding Planner

**Mandarin (zh)**

General Manager
Director of Sales
F&B Director
Executive Housekeeper
Chief Engineer
Guest Service Manager
HR Director
Service Culture
Advanced Revenue Management
Preventative Maintenance
Reservations Manager
Cashier
Guest Service Agent
Bellperson Attendant
Room Attendant
Room Inspector
Restaurant Greeter
Bartender
Hotel Technology
Executive Chef
Wine Book
Cook
Banquet Setup Supervisor
Banquet Server
Cocktail Server
Catering Director
Free-Standing Restaurant GM
Employee Engagement

**TRISTAR HOTEL GROUP** General Narrative

All hotels owned and operated by Tristar uses HMBookstore as additional service skill training. System Administrators are able to quickly enroll their employees in desired coursework via the HMBookstore BackOffice Administration Portal and monitor the progress of an individual employee, hotel and/or all the hotels within their portfolio. Printable progress reports for an individual employee or all employees of a specific hotel to retain for Human Resources (HR) are available as well. Subscriptions are offered to individual hotels, provides unlimited access to all available eBook courses, now and in the future.

## Additional Hospitality Management Products and Services

**Revenue Management Services-** Tristar Revenue Management Department has two certified Managers that provide revenue management to IHG, Wyndham, Hilton, Choice and Carlson hotels. Providing revenue reports and weekly revenue meeting with the hotel management to ensure the hotel is maximizing their hotel inventory and Average Daily Rates (ADR). Our Revenue Managers are Advanced Revenue Management IHG Certified

**HMBookstore Hangout** – A new feature of HMBookstore is HMBookstore Hangout, a system that uses the technology of Google to provide an even more efficient and tailored online training experience for users. HMBookstore Hangout provides a live training experience to augment, customize and/or reinforce individual HMBookstore eLearning coursework for their organizations, as necessary.

**i-Innovator Application** – Inspired by the recognized disconnect between hotel employees and those higher up the ladder (Management), i-Innovator operates as an electronic 'employee suggestion box', giving employees the ability to communicate ideas to their superiors in a more streamlined and present-day fashion. If employees identify something that could be improved, they can use their i-Innovator app on their phone or computer to submit their recommendation(s) to Management/Owner for review and approval. Employees receive points for their submissions, which can earn them different types of rewards.

## Additional Hospitality Online Training

**Mandarin.hmbookstore.com** – We are developing a new module within the HMBookstore platform that is designed exclusively for China and Asian employees. The initial release will be end of the 3rd Quarter 2018 and includes over 50 eLearning courses which provide industry best practices for consistently delivering high quality results to all line-level and management positions, all in Mandarin. These courses may be purchased individually or as a monthly subscription with access to all published courses now, and in the future. Managers will have real-time visibility to monitor employees' activity, quiz results, print Certificates of Completion, as well as export Status Reports.

**Dining.hmbookstore.com** – Based on industry demand, we have developed a new training platform that is designed exclusively for the Restaurant & Lounge industry. The platform was released in August 2016 and includes over 36 F&B eLearning courses which provide industry best practices for consistently delivering high quality results to all line-level and management positions, in both English and Spanish. These courses may be purchased individually or as a monthly subscription with access to all published courses now, and in the future. F&B Managers have real-time visibility to monitor employees' activity, quiz results, print Certificates of Completion, as well as export Status Reports. Currently 46 firms are using Dining.hmbookstore.com as their training platform, with 500 in the pipeline.

Exhibit B Page 14 of 18

**TRISTAR**
**HOTEL GROUP**

Spanish.hmbookstore.com –We are developing a new training application within the HMBookstore platform that is designed exclusively for Mexico, Central & South America, and to include Europe. The initial release will be 3rd Quarter 2018 and will include over 70 eLearning courses which provide industry best practices for consistently delivering high quality results to all line-level and management positions, all in Spanish. These courses may be purchased individually or as a monthly subscription with access to all published courses now, and in the future. Managers will have real-time visibility to monitor employees' activity, quiz results, print Certificates of Completion, as well as export Status Reports.



# Organizational Chart



**Tristar Hotel Group**

8747 E. Via De Commercio          **Telephone:** (602) 725-9900
Scottsdale, AZ 85258    Exhibit B Page 16 of 18 **Fax: (480) 391-6309**

Ken Edwards received a B.S. in Hotel Management from the University of Nevada, Las Vegas, a top hospitality university in the nation. In addition, Ken graduated from the Culinary Institute of America continuing education program in the Food and Beverage field. As owner of Tristar Hotel Group & HMbookstore Ken spends the majority of his time building, operating & developing hotels throughout the country and providing eLearning solutions to Universities, hotels, resorts, casino's, free-standing restaurants and independent living facilities.



- Employer of the year nominee - City of Phoenix.
- Previous Board of Director for InterContinental Hotel Group (IHG).
- IHG Brand Committees Served: Direct Sales Committee-Chairman (2yrs), Holiday Inn Express Committee (2yrs), Holiday Inn Committee (3yrs), and IHG Frequent Travel Committee-Priority Club (4yrs).
- Serves as the Director of Marketing for the W-CHRIE
- Serves as Advisory Board Member for University of South Florida Sarasota-Manatee College of Hospitality & Tourism.
- Ken has managed hotels for +20 years.
- Has owned 20 hotels throughout career, currently owns 9 hotels in three states.
- Owner of HMBookstore, leader in eLearning technology. www.hmbookstore.com
- Partner with i-Rates, new hospitality revenue management software.
- Expertise in the following areas: Cash management, takeover distressed hotels, multi-property management, sales & marketing, hotel development and eLearning technology.
- Contributing editor for over 105 hospitality eBooks
- Honors: Hotel of the Year honoree & Hospitality Manager of the Year
- Top 10 largest IT Company in Phoenix

Receivership

Best Western Page, AZ
Best Western Payson, AZ
Grand Inn Phoenix, AZ
Ramada Inn Mesa, AZ
Days Inn Kittery, ME
Radisson Dallas, TX
Holiday Inn, Salt Lake City, UT
Inn of Payson, Payson AZ
Inn of Arizona, Phoenix, AZ
Super 8 Phoenix, AZ
Country Inn & Suites Deer Valley, AZ
Mount Vista office building Phoenix, AZ
Morgan Montessori (Closed School) Payson, AZ
Budget Inn Phoenix, AZ
Best Western Goodyear, AZ
Days Inn Surprise, AZ
Ramada Inn Memphis, TN
La Quinta Inn & Suites Wichita, KS
Days Inn & Suites Wichita, KS

Bankruptcy Hotel Managed (For the Trustee) :

Island Inn Resort Lake Havasu City, AZ
Best Western Lake Place Inn Lake Havasu City, AZ
Motel 6 Lakeview Lake Havasu City, AZ
Motel 6 Lakeside Lake Havasu City, AZ
Holiday Inn Williams, AZ
Motel 6 West-Williams, AZ
Motel 6 East-Williams, AZ
Motel 6 Winslow-Winslow, AZ
Traveler's Inn Needles, CA
Days Inn Danvers, MA
Swiss Chalet Inn Ruidoso, NM