United States Bankruptcy Court
Central District of California
Riverside
Judge Scott Yun, Presiding
Courtroom 302 Calendar

**Thursday, June 14, 2018**　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room    302**

<u>2:30 PM</u>
**6:18-14462**　　**66 on 66 Bar & Grill, LLC**　　　　　　　　　　　　　　　　　　　**Chapter 11**

Telephonic Hearing

#12.00　　Debtor's Emergency First Day Motion for Order Authorizing
　　　　　Hotel Management Agreement
　　　　　**(Jointly Administered with Golden Crown Properties - 6:18-bk-14466)**

　　　　　David S Catuogno to appear by telephone (973)491-3368
　　　　　Lori E Eropkin to appear by telephone (405)395-0516
　　　　　Sandford L Frey to appear by telephone (626)796-4000
　　　　　Robert Itkin to appear by telephone (602)396-7435
　　　　　Jared Parker to appear by telephone (602)285-0477
　　　　　Lisa M Peters to appear by telephone (402)661-8609
　　　　　Jacob Sherrard to appear by telephone (480)429-4895

　　　　　Docket　　30

*[Handwritten notes: Stuart Koenig for DB; 30 days written notice to terminate instead of 60 days; Mohammad Tehrani for US Trustee]*

**Matter Notes:**

　　**GRANTED:**　✓　　　　　　　　**DENIED:**

　　**CONT'D. TO:**

　　　Briefing filed:

　　　Opposition filed:

　　　Reply filed:

　**WITHDRAWN:**

　　　Order Lodged by:　*debtor*

**Tentative Ruling:**
　- NONE LISTED -

**Party Information**