Sandford L. Frey (SBN 117058)
Stuart I. Koenig (SBN 102764)
LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 South Los Robles Avenue, Suite 210
Pasadena, California 91101
Telephone: 626.796.4000;
Facsimile: 626.795.6321
E-mail: *sfrey@leechtishman.com;
skoenig@leechtishman.com*

[Proposed] Reorganization Attorneys for
66 on 66 Bar & Grill LLC
and Golden Crown Properties, LLC,
Debtors and Debtors in Possession



**FILED & ENTERED**

**JUN 19 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason     DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**66 ON 66 BAR & GRILL, LLC ,**<br>Debtor and Debtor in Possession.<br><br>Jointly Administered with,<br><br>In re:<br><br>**Golden Crown Properties, LLC,**<br>Debtor and Debtor in Possession. | LEAD CASE NO.: 6:18-bk-14462-SY<br><br>Jointly Administered: 6:18-bk-14466-SY<br><br>Chapter 11<br><br>**ORDER GRANTING EMERGENCY MOTION BY DEBTORS FOR ORDER AUTHORIZING DEBTORS TO ENTER INTO HOTEL MANAGEMENT AGREEMENT**<br><br>Hearing:<br>DATE:       June 14, 2018<br>TIME:       2:30 a.m.<br>CTRM:      302 |

The *Emergency Motion by Debtors for Order Authorizing Debtors to Enter into Hotel Management Agreement (*"Motion") filed by Golden Crown Properties, LLC and 66 on 66 Bar & Grill LLC, debtors and debtors in possession (collectively, "Debtors") came on for hearing at the date, time and place set forth above, before the Honorable Scott H. Yun, United States Bankruptcy Judge in the above-captioned chapter 11 case.  Sandford L. Frey and Stuart I. Koenig of Leech Tishman Fuscaldo & Lampl Inc. appeared on behalf of the Debtors.  All other appearances were

noted on the record. The court gave due consideration to the Motion, the declarations and other evidence submitted in support of the Motion, the arguments made on the record, and the record and proceedings in the case.  The court finds, among other things, that it has jurisdiction respecting the matters raised in the Motion and that service of the Motion was proper under the circumstances. Based thereon, and on the findings made on the record at the hearing, and for other good cause appearing therefore,

**IT IS ORDERED** that the Motion is **GRANTED**, subject to the terms and conditions set forth in this order.

**IT IS FURTHER ORDERED** that the Hotel Management Agreement ("Agreement") attached to the Motion as Exhibit "A" is modified as follows: Paragraph 7.1.3, both the Owner and the Management Company, as those terms are defined in the Agreement, shall have the right to terminate the Agreement with thirty (30) day written notice to the other party.

###

Date: June 19, 2018

Scott H. Yun
United States Bankruptcy Judge