PETER J. BARRETT #210696 (CA)
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, VA 23219
Phone: (804) 644-1700
Facsimile: (804) 783-6192
Peter.Barrett@kutakrock.com

JACOB L. SHERRARD #021594
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001
Jacob.sherrard@kutakrock.com
*Attorneys for Pacific Premier Bank*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA (RIVERSIDE)

| | |
|---|---|
| *In Re* | Chapter 11 Proceedings |
| 66 on 66 Bar & Grill, LLC, | Lead Case No.: 6:18-bk-14462-SY |
| Debtor. | Jointly Administered: 6:18-bk-14466-SY |
| Golden Crown Properties, LLC, | **NOTICE OF HEARING ON CREDITOR PACIFIC PREMIER BANK'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION TO APPOINT TRUSTEE** |
| Debtor. | |
| | Date: August 2, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 302<br>3420 Twelfth Street<br>Riverside, California |

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS; ALL SECURED CREDITORS; THE TWENTY LARGEST UNSECURED CREDITORS; AND THE UNITED STATES TRUSTEE:

**Please take notice** that on August 2, 2018, at 1:30 p.m. in Courtroom 302 at the United States Bankruptcy Court for the Central District of California (Riverside), 3420 Twelfth Street, Riverside, California, 92501, the Court will consider the "Motion to Dismiss

4843-5435-6330.1

or, Alternatively, Motion to Appoint Trustee" [Dkt. 46] (the "**Motion to Dismiss**") filed on behalf of Pacific Premier Bank ("**PPB**"), and that the Debtors' response and any other response to the Motion to Dismiss shall be filed and served on PPB's counsel at the addresses set forth in this Notice on, or before, July 19, 2018.

SUBMITTED this 19th day of June, 2018.

KUTAK ROCK, LLP

By: /s/ Jacob L. Sherrard
    Jacob L. Sherrard
    8601 N. Scottsdale Road, Suite 300
    Scottsdale, Arizona 85253-2742
    Attorneys for Pacific Premier Bank

Original filed electronically this 19th
day of June, 2018, with:

Clerk of the United States Bankruptcy Court
Central District of California (Riverside)

COPIES mailed this 19th day of June, 2018, to:

Sandford L. Frey, Esq.
Leech Tishman Fuscaldo & Lampl, Inc.
200 South Los Robles Avenue, Suite 210
Pasadena, CA 91101
*Attorneys for Debtors*

U.S. Trustee
United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3100

Mohammad Tehrani
3801 University Avenue, Suite 720
Riverside, CA 92501
*Attorneys for U.S. Trustee*

/ / /

/ / /

2

4843-5435-6330.1

Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
Matteo Percontino, Esq.
LECLAIRRYAN, PLLC
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, NY 07102
*Attorneys for Ramada Worldwide, Inc.*

Dana M. Perlman, Esq.
Perlman & Associates
9454 Wilshire Boulevard, Suite 525
Beverly Hills, CA 90212-2904
*Attorneys for Alliance Laundry Systems, LLC*

**20 Largest Unsecured Creditors (Attached)**
**Master Mailing Matrix (Attached)**


/s/ Rebekah Poston

3

4843-5435-6330.1

**SERVICE VIA ELECTRONIC NOTICE:**

Gary Klausner:  gek@lnbyb.com
Lindsey L. Smith:  lls@lnbyb.com
Daniel M. Eliades:  daniel.eliades@leclairryan.com
David S. Catuogno:  david.catuogno@leclairryan.com
Matteo Percontino:  matteo.percontino@leclairryan.com
David S. Quintana:  dsquintanalaw@gmail.com


**VIA SERVICE BY MAIL:**

Sandford L. Frey, Esq.
Stuart I. Koenig, Esq.
Leech Tishman Fuscaldo & Lampl, Inc.
200 South Los Robles Avenue, Suite 210
Pasadena, CA 91101
*Attorneys for Debtors*

Mohammad Tehrani, Esq.
3801 University Avenue, Suite 720
Riverside, CA 92501
*Attorneys for U.S. Trustee*

Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
Matteo Percontino, Esq.
LECLAIRRYAN, PLLC
One Riverfront Plaza.
1037 Raymond Boulevard, 16th Floor
Newark, NY 07102
*Attorneys for Ramada Worldwide, Inc.*

Dana M. Perlman, Esq.
Perlman & Associates
9454 Wilshire Boulevard, Suite 525
Beverly Hills, CA 90212-2904
*Attorneys for Alliance Laundry Systems, LLC*

**20 Largest Unsecured Creditors (Attached)**
**Master Mailing Matrix (Attached)**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____   _____
*Date*           *Printed Name*                                *Signature*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Fill in this information to identify the case:**

Debtor name: 66 on 66 Bar & Grill, LLC
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known): 6:18-bk-14462

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Bank, FSB c/o Datamark, Inc. Attn: Merchant Financing Counsel 43 Butterfield Circle El Paso, TX 79906 | | Cash Collateral, equipment, inventory | | $120,000.00 | Unknown | Unknown |
| AmTrust North America P.O. Box 31330 Independence, OH 44131 | | | | | | $1,500.00 |
| CashBloom, LLC 13263 Ventur Blvd. Suite 101 Studio City, CA 91604 | | Cash Collateral, equipment, and inventory | | $45,000.00 | $0.00 | $45,000.00 |
| City of Kingman 310 N Fourth St Kingman, AZ 86401 | | | | | | $4,000.00 |
| Libertas Funding, LLC 382 Greenwhich Avenue Suite 2, Second Floor Greenwich, CT 06830 | | Cash Collateral, euipment, and inventory | | $20,000.00 | $0.00 | $20,000.00 |
| Marlin Bank 2795 E Cottonwood Pkwy# 120 Salt Lake City, UT 84121 | | | | | | $1,000.00 |
| Shamrock 2540 N. 29th Avenue Phoenix, AZ 85009 | | | | | | $38,000.00 |

Debtor  **66 on 66 Bar & Grill, LLC**  
Name

Case number *(if known)*  **6:18-bk-14462**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Suddenlink<br>P.O. BOX 742535<br>Cincinnati, OH<br>45274 | | | | | | $1,500.00 |
| Sysco<br>11 S. 80th Ave.<br>Tolleson, AZ 85353 | | | | | | $7,000.00 |
| Unisource electric<br>P.O. Box 80079<br>Prescott, AZ 86304 | | Elecdtric Service | | | | $5,000.00 |
| Unisource Gas<br>P.O. Box 80079,<br>Prescott<br>Prescott, AZ 86304 | | Gas Service | | | | $4,000.00 |

```
Label Matrix for local noticing        66 on 66 Bar & Grill, LLC            Alliance Laundry Systems LLC
0973-6                                 1865 West Redlands Blvd.             Perlman & Associates, ALC
Case 6:18-bk-14462-SY                  Redlands, CA 92373-3119              C/o Dana M. Perlman
Central District of California                                              9454 Wilshire Blvd
Riverside                                                                   Suite 525
Tue Jun 12 16:02:12 PDT 2018                                                Beverly Hills, CA 90212-2904

Pacific Premier Bank                   Ramada Worldwide Inc.                Riverside Division
c/o Jacob L. Sherrard, Esq.            c/o LeClairRyan, PLLC                3420 Twelfth Street,
8601 N. Scottsdale Road                Attn.: Daniel M. Eliades             Riverside, CA 92501-3819
Suite 300                              1037 Raymond Blvd.
SCOTTSDALE, AZ 85253-2738              16th Floor
                                       Newark, NJ 07102-5424

AmTrust North America                  American Express Bank, FSB           CashBloom, LLC
P.O. Box 31330                         c/o Datamark, Inc.                   13263 Ventur Blvd.
Independence, OH 44131-0330            Attn: Merchant Financing Counsel     Suite 101
                                       43 Butterfield Circle                Studio City, CA 91604-1883
                                       El Paso, TX 79906-5202


City of Kingman                        DEPARTMENT OF TREASURY               Jacob L. Sherrard, Esq.
310 N Fourth St                        INTERNAL REVENUE SERVICE             KUTAK ROCK LLP
Kingman, AZ 86401-5890                 PO BOX 7346                          8601 N Scottsdale Road Suite 300
                                       PHILADELPHIA, PA 19101-7346          Scottsdale AZ 85253-2738



Libertas Funding, LLC                  Marlin Bank                          Shamrock
382 Greenwhich Avenue                  2795 E Cottonwood Pkwy# 120          2540 N. 29th Avenue
Suite 2, Second Floor                  Salt Lake City, UT 84121-7092        Phoenix, AZ 85009-1682
Greenwich, CT 06830-6532



Suddenlink                             Sysco                                U.S. Foods
P.O. BOX 742535                        11 S. 80th Ave.                      650 West Buckeye Road
Cincinnati, OH 45274-2535              Tolleson, AZ 85353                   Phoenix, AZ 85043



Unisource Gas                          Unisource electric                   United States Trustee (RS)
P.O. Box 80079, Prescott               P.O. Box 80079                       3801 University Avenue, Suite 720
Prescott, AZ 86304-8079                Prescott, AZ 86304-8079              Riverside, CA 92501-3255



Sandford L. Frey                       Stuart I Koenig
Leech Tishman Fuscaldo & Lampl, Inc.   Leech Tishman Fuscaldo & Lampl, Inc.
200 South Los Robles Avenue            200 South Los Robles Avenue
Suite 210                              Suite 210
Pasadena, CA 91101-2419                Pasadena, CA 91101-2419
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                        End of Label Matrix
                                       Mailable recipients    22
                                       Bypassed recipients     1
                                       Total                  23
```